**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Lisa Cox, | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:   1:10-cv-02408-NLH -KMW |
| | : |
| Penn Credit Corporation; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 5, 2010

Respectfully submitted,

PLAINTIFF, Lisa Cox

 /s/ Jennifer Kurtz

Jennifer Kurtz, Esq.
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Phone: (732) 390-5262
Fax:    (203) 653-3424

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By <u>/s/ Jennifer Kurtz              </u>

Jennifer Kurtz